# Court of Appeals
# of the State of Georgia

ATLANTA,   October 23, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0116.  REGINALD RENARD PICKETT v. THE STATE.**

Reginald Renard Pickett was convicted of kidnapping with bodily injury, child molestation, and enticing a child for indecent purposes.  Following the 2004 denial of his motion for new trial, Pickett appealed to this Court.  We affirmed his convictions.  *Pickett v. State*, 271 Ga. App. 250 (609 SE2d 181) (2005).

In September 2017, Pickett sent the Supreme Court a letter claiming that he had been wrongfully convicted and asking that Court to look at the "facts and errors" of his case and "help [him] overturn [his] false sentence."  Although Pickett did not enclose a trial court order with his letter, the Clerk of the Supreme Court obtained from the trial court a copy of its 2004 order denying his motion for new trial.  The Supreme Court then docketed Pickett's letter as an application for discretionary appeal seeking review of that 2004 order.  Finally, the Supreme Court transferred Pickett's application here upon finding that it lacked subject matter jurisdiction.

An application for discretionary appeal must include "a copy of the order or judgment being appealed."  OCGA § 5-6-35 (c).  The only trial court order before us is the 2004 order denying Pickett's motion for new trial.  However, we already affirmed this order in Pickett's previous direct appeal to this Court.  "[A] party is not entitled to a second appeal from a single order." *Houston County v. Harrell*, 287 Ga. 162, 163 (695 SE2d 29) (2010); see also *Williams v. State*, 335 Ga. App. 468 (781 SE2d 791) (2016) (dismissing defendant's third appeal from same order).

Even if we could review the 2004 order again, Pickett's application is not timely.  An application for discretionary appeal must be filed within 30 days of the order to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are

jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989); accord *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016). Here, Pickett's application was filed more than 13 years after the 2004 order.

For these reasons, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   10/23/2017   *
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*